*Messrs. Frank S. Hogan* and *Bernard L. Alderman* for respondent.

No. 215. LEAKE *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Fyke Farmer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Robert N. Anderson,* and *Miss Helen Goodner* for respondent.

No. 216. WALTERS *v.* WILSON. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Samuel P. Block* for petitioner. *Mr. Charles E. Beardsley* for respondent.

No. 217. KOPELOVE ET AL. *v.* SHERMAN ET AL. October 9, 1944. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Wilbur W. Piper* for petitioners. *Mr. John Jennings, Jr.* for respondents.

No. 224. ELASTIC STOP NUT CORP. *v.* NATIONAL LABOR RELATIONS BOARD. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Henry N. Ess* and *Paul V. Barnett* for petitioner. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, David Findling,* and *Miss Ruth Weyand* for respondent.